UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RICARDO SANCHEZ, JR.,
    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the report and recommendation of a United States Magistrate as to defendant Ricardo Sanchez, Jr.'s motion to suppress post arrest statements, [DE 342], filed April 23, 2008, and the response filed by the government on June 26, 2008, [DE 396}. In accordance with 28 U.S.C. §636 (b)(1)(c), and upon defendant Ricardo Sanchez, Jr.'s objections to the magistrate's report, [DE 491], filed October 8, 2008, this court conducted a *de novo* review of the matter. Upon such review, the court is in complete accord with the magistrate's findings of fact and conclusions of law as set out in the report and recommendation. Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation are **adopted**.

2. The defendant's motion to suppress, [DE 342], is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __17__ day of October, 2008.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Stephen Carlton
Michael B. Cohen, Esq.

Daniel T. K. Hurley
United States District Judge